## WOODRUFF *et al. v.* SWANN *et al.*

LITTLE; J.    Where the certificate made by the judge to a bill of excep-
tions states that it is in many respects untrue and points out particu-;
lars wherein it is inaccurate, the certificate does not conform-to law,
and the writ of error must be dismissed.    It is not the office of the
certificate to correct errors in the bill of exceptions; for the same
should not be certified at all until it shall have been made to speak
the truth.    See *Hawkins* v. *Mayor & Council of Americus,* 102 *Ga.*
786.          *Writ of error dismissed.    All the Justices concurring.*

Submitted June 15,—Decided July 27, 1898.

Motion to dismiss writ of error.

*J. W. Harris,* for plaintiffs in error.    *J. W. Akin,* contra.

---

## CASE *v.* BROTHERTON.

LUMPKIN, P. J.    When the recitals of fact contained in a bill of excep-
tions are so qualified by marginal notes entered thereon by the judge
that this court is unable to know with certainty what occurred at the
trial; and when, moreover, there is in the bill of exceptions no as-
signment of error upon any ruling or decision of the trial court, the
writ of error will be dismissed.
          *Writ of error dismissed.    All the Justices concurring.*

Argued June 15,—Decided July 26, 1898.

*W. E. Mann,* for plaintiff in error.
*Payne & Payne* and *I. E. Shumate,* contra.